STATE OF CONNECTICUT *v.* JOHN W. MALLETTE III

The motion by the defendant for an order that he be produced in court in the appeal from the Superior Court in Fairfield County is denied.

*Samuel H. Woltch,* special public defender, for the appellant (defendant).

*Joseph T. Gormley, Jr.,* assistant state's attorney, for the appellee (state).

Argued April 13—decided April 13, 1966

BOARD OF EDUCATION OF THE CITY OF WEST HAVEN *v.* COMMISSION ON CIVIL RIGHTS OF THE STATE OF CONNECTICUT

The motion by Ira B. Grudberg, amicus curiae, for permission to file an additional brief in the appeal from the Superior Court in New Haven County is denied.

Submitted April 9—decided April 13, 1966

WILBUR DUBERSTEIN ET AL. *v.* VICTORIA MOTELS, INC., ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Elihu H. Berman,* for the appellee (named defendant).

*Richard A. Shaffer,* for the appellant (named plaintiff).